### AIKEN *v.* THE STATE.

ATKINSON, J. 1. "Applications for new trial on the ground of newly discovered evidence are not favored, . . . and it must . . appear that the newly discovered evidence is not cumulative only nor solely to impeach the credit of a witness, and that the probable effect thereof, if another trial be had, will be to produce a different verdict." *Burge* v. *State*, 133 *Ga.* 431 (2) (66 S. E. 243. See also *Rogers* v. *State*, 129 *Ga.* 589 (59 S. E. 288); *Ivey* v. *State*, 154 *Ga.* 63(5) (113 S. E. 175); *Coggeshall* v. *Park*, 162 *Ga.* 78 (132 S. E. 632).

2. The alleged newly discovered evidence as fully set forth in the statement of facts was not of such character as to require the grant of a new trial on extraordinary motion. *Judgment affirmed. All the Justices concur.*

No. 9007. FEBRUARY 15, 1933. REHEARING DENIED FEBRUARY 27, 1933.

*Louis H. Foster, Lawton Nalley, John W. Thomas, Len B. Guillebeau,* and *F. A. Bowers,* for plaintiff in error.

*George M. Napier, attorney-general, John A. Boykin, solicitor-general, T. R. Gress, assistant attorney-general, J. W. LeCraw,* and *E. A. Stephens,* contra.